**Order entered January 21, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00710-CR

### JOHN FRANCIS WALSH III, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-75832-H**

## ORDER

Appellant, who was convicted of aggravated sexual assault, filed his brief on January 6, 2020. In his brief, appellant identifies the victim by name. This Court does not allow a party to file a brief that discloses the names of victims in aggravated sexual assault cases. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."). Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the victim either generically (for example, "victim") or by initials only, including when quoting relevant portions of the record, giving a statement of the case, or attaching an appendix.

We **DIRECT** the Clerk to send copies of this order to the Honorable Nancy Kennedy, Presiding Judge, Criminal District Court No. 2; Sharita Blacknall and the Dallas County District Attorney.

/s/     CORY L. CARLYLE
JUSTICE